DENNIS J. HERRERA, State Bar #139669
City Attorney
RONALD P. FLYNN, State Bar #184186
Team Leader
MICHEL S. DEEB, State Bar #268629
Deputy City Attorneys
Fox Plaza
1390 Market Street, 4th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3820
Facsimile:      (415) 255-0733
ronald.flynn@sfgov.org
michel.deeb@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOGLASS, S.A., a Columbian Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MOOS DISTRIBUTING, INC.; WEBCOR CONSTRUCTION dba WEBCOR BUILDERS; SAFECO INSURANCE COMPANY OF AMERICA; CITY & COUNTY OF SAN FRANCISCO, PUBLIC UTILITY COMMISSION; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. **13-cv-01031-JCS**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [CIVIL LOCAL RULE 6-1(A)]**<br><br>Courtroom: G, 15th Flr.<br>Hon.      Joseph C. Spero |
| MOOS DISTRIBUTING, INC., dba SADEV USA, a Iowa corporation,<br><br>  Counter-claimant,<br><br>vs.<br><br>C.E. TOLAND & SON, a California corporation, WEBCOR CONSTRUCTION, | |

1

Stip to Extend Time to Respond to Complaint, Case No: **13-cv-01031-JCS**     c:\docume~1\mdeeb\locals~1\temp\not esc7a056\stipulationtoextend.doc

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | LP dba Webcor Builders, a California limited partnership, TECNOGLASS, S.A., a Colombian Corporation, SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>Counter-defendants. |

## STIPULATION EXTENDING TIME TO RESPOND

Pursuant to Northern District Civil Local Rule 6-1(a), Defendant City and County of San Francisco, including its Public Utilities Commission (collectively "San Francisco") and Plaintiff Tecnoglass, S.A., a Columbian Corporation ("Tecnoglass") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Tecnoglass served its Complaint stating a cause of action for Enforcement of Stop Notice against San Francisco on April 11, 2013;

WHEREAS, San Francisco currently has until May 2, 2013 to answer or otherwise respond to the Tecnoglass Complaint;

WHEREAS, an additional 22 days for San Francisco's answer or other response to the Tecnoglass Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, San Francisco is specially appearing by this Stipulation and does not waive any affirmative defenses through this Stipulation;

///
///
///
///
///
///
///

2

1   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their
2   respective counsel, that San Francisco shall have until, on or before May 24, 2013, to answer or
3   otherwise respond to the Tecnoglass Complaint.

5   Dated: May 1, 2013

             CITY AND COUNTY OF SAN FRANCISCO
             (Specially Appearing)

             By: /s/ Michel S. Deeb
             MICHEL S. DEEB

             Attorneys for Defendant
             CITY AND COUNTY OF SAN FRANCISCO
             michel.deeb@sfgov.org

13  Dated: May 1, 2013

             ABRAMSON & BROWN

             By: /s/ Aaron Scott Brown
             AARON SCOTT BROWN
             Attorney For Plaintiff
             TECNOGLASS, S.A., A COLUMBIAN
             CORPORATION
             asblaw@pacbell.net

21  Dated: May 6, 2013

             **IT IS SO ORDERED**
             Judge Joseph C. Spero
             *UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

---

Stip to Extend Time to Respond to Complaint, Case No: 13-cv-01031-JCS

c:\users\admin\appdata\local\microsoft\windows\temporary internet files\content.outlook\9u0gur47\stipulationtoextend.doc