LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (No. 155257)
Roger F. Liu (No. 218345)
777 Cuesta Drive, Suite 200
Mountain View, CA  94040
Telephone: (650) 691-2888
jleonidou@alr-law.com
rliu@alr-law.com

Attorneys for Counter-Defendant/
Counter-Claimant C.E. Toland & Son

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECNOGLASS, S.A., a Colombian Corporation.<br><br>          Plaintiff,<br><br>     vs.<br><br>MOOS DISTRIBUTION, INC., dba SADEV USA, a Iowa corporation, WEBCOR CONSTRUCTION, LP dba Webcor Builders, a California limited partnership, SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, CITY & COUNTY OF SAN FRANCISCO, PUBLIC UTILITY COMMISSION; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>          Defendants.<br><br>MOOS DISTRIBUTION, INC., dba SADEV USA, a Iowa corporation,<br><br>          Counter-claimant,<br><br>     vs.<br><br>C.E. TOLAND & SON, a California corporation, WEBCOR CONSTRUCTION, | Case No.: C-13-01031 JST<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1

|   |   |
|---|---|
| 1  | LP dba Webcor Builders, a California limited partnership, TECNOGLASS, S.A. a Colombian Corporation, SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation. |
| 2  |  |
| 3  |  |
| 4  |  |
| 5  |  |
| 6  | Counter-defendants. |
| 7  |  |
| 8  | C.E. TOLAND & SON, a California corporation, |
| 9  |  |
| 10 | Counter-claimant, |
| 11 | vs. |
| 12 | MOOS DISTRIBUTION, INC., dba SADEV USA, a purported Iowa corporation; MOES 1 through 10. |
| 13 |  |
| 14 | Counter-defendants. |
| 15 |  |

## RECITALS

Plaintiff Tecnoglass, S.A. ("Tecnoglass"), Defendant/Counter-Claimant Moos Distributing, Inc. d/b/a Sadev USA ("Sadev"), Counter-Defendant and Counter-Claimant C.E. Toland & Son ("Toland"), Defendants and Counter-Defendants Webcor Construction, LP d/b/a Webcor Builders ("Webcor"), Safeco Insurance Company of America ("Safeco"), Insurance Company of the State of Pennsylvania ("ICSP"), and Defendant Fidelity and Deposit Company of Maryland ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**Whereas**, the parties completed mediation on November 21, 2013, whereby a conditional settlement of the entire case was reached that is still contingent upon the agreement on and execution of an amenable settlement agreement;

**Whereas**, a further case management conference is set for December 18, 2013, for which the parties have submitted or will be submitting to the court a report regarding, among other issues, the conditional settlement and status thereof;

**Whereas**, in order to conserve court and attorney resources, the parties agree and stipulate that the case management conference set for December 18, 2013 should be continued so that the parties may prepare, circulate, review, approve and execute an amenable settlement agreement and/or otherwise file dismissals, which would dispense of the need for any case management conference with the Court.

Accordingly, and based on the foregoing recitals, Tecnoglass, Sadev, Toland, Webcor, Safeco, ICSP, and Fidelity hereby stipulate as follows:

## STIPULATION

1. The parties hereby stipulate and agree to continue the case management conference set for December 18, 2013 for sixty (60) days to allow the parties the opportunity to prepare, circulate, review, approve and execute an amenable settlement agreement and/or otherwise file dismissals, which could dispense with the need of any case management conference with the Court.

Dated: 12/4/2013

By: /s/ DOUGLAS N. AKAY
Attorneys for Counter-Defendant,
MOOS DISTRIBUTION, INC., dba SADEV USA

Dated: 12/4/2013

By: /s/ KENNETH G. JONES
Attorneys for Defendants/Counter-Defendants
WEBCOR CONSTRUCTION LP, dba
WEBCOR BUILDERS, SAFECO INSURANCE COMPANY OF AMERICA, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and FIDELITY AND DEPOSIT COMPANY OF MARYLAND

Dated: 12/4/2013

By: /s/ ROGER F. LIU
Attorney for Counter-Defendant/Counter-Claimant C.E. TOLAND & SON

Dated: 12/4/2013

By: /s/ A. SCOTT BROWN
Attorney for Plaintiff TECNOGLASS, S.A.

# ORDER

The Court, having reviewed and considered the above Stipulation of the parties, and for good cause appearing, hereby orders that the case management conference set for December 18, 2013 is hereby vacated and continued sixty (60) days in light of the conditional settlement of the entire case reached by the parties. A further case management conference is to take place on February 26, 2014 to report on the status of the settlement.

The parties are reminded that all existing deadlines remain in effect.

**IT IS SO ORDERED**

Dated:  December 5, 2013

_____
HON. JON S. TIGAR
United States District Court Judge