UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOGLASS, S.A.,<br><br>   Plaintiff,<br><br>   v.<br><br>MOOS DISTRIBUTING, INC, et al.,<br><br>   Defendants. | Case No.  13-cv-01031-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 52 |

The parties stated on the record on December 5, 2013, that they have reached a conditional settlement of this case, and they sought a February 26, 2014 case management conference date to report on the status of the settlement.  See ECF No. 52.  The case management conference is hereby VACATED.  Instead, by February 26, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 3, 2014

_____
JON S. TIGAR
United States District Judge